AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*   DISTRICT OF   NEVADA

TERRY CLAYTON,

      Petitioner,

V.

JACK PALMER, et al.,

      Respondents.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:07-cv-0582-BES-VPC**

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that respondents' #15 motion to dismiss is GRANTED and the petition is DISMISSED as successive.

  January 8, 2009                                       **LANCE S. WILSON**
                                                                            Clerk

                                                                        /s/ Kalani Lizares
                                                                           Deputy Clerk